

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00406-CR

Bruce Ray **BLACKWELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5842
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The reporter's record in this appeal was due July 10, 2017, but it was not filed. On July 14, 2017, this court notified the court reporter the record was late. The court reporter responded to our notice by stating that the record was not filed because (1) appellant has not made a written request for a reporter's record and (2) appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and is not entitled to the record without paying the fee. See TEX. R. APP. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before **July 31, 2017** that (1) he has requested a reporter's record and (2) either (a) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (b) appellant is entitled to the record without prepayment of the reporter's fee. See TEX. R. APP. P. 20.2; 34.6(b)(1); 35.3(b). If appellant fails to respond within the time provided, the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.



Luz Estrada
Chief Deputy Clerk